11/07/13 4:49PM

B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Carranza Management Co.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-0126981** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1232-34 S. 55th Court Suite 14**<br>**Cicero, IL**<br>ZIP Code **60804** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Carranza Management Co.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Carranza Management Co.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Fernando R. Carranza**
Signature of Attorney for Debtor(s)

**Fernando R. Carranza  6195472**
Printed Name of Attorney for Debtor(s)

**Fernando R. Carranza & Associates, Ltd.**
Firm Name

**5814 W. Cermak Rd.**
**Cicero, IL 60804**

Address

**Email: fcarranza@frclaw.us**
**708-416-0034  Fax: 708-416-0043**
Telephone Number

**November  7, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Jose Carranza**
Signature of Authorized Individual

**Jose Carranza**
Printed Name of Authorized Individual

**President/Owner**
Title of Authorized Individual

**November  7, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Carranza Management Co.**                                  Case No.
                                    Debtor(s)                       Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Allied Waste<br>2608 South Damen<br>Chicago, IL 60608 | Allied Waste<br>2608 South Damen<br>Chicago, IL 60608 | | | 163.00 |
| Banco Popular North America<br>9600 W. Bryn Mawr<br>Des Plaines, IL 60018 | Banco Popular North America<br>9600 W. Bryn Mawr<br>Des Plaines, IL 60018 | 1232-34 S. 55th Court, Cicero, Illinois 60804 | | 561,982.70<br><br>(400,000.00 secured) |
| Banco Popular North America<br>9600 W Bryn Mawr<br>Des Plaines, IL 60018 | Banco Popular North America<br>9600 W Bryn Mawr<br>Des Plaines, IL 60018 | 1111-13 N. Leclaire, Chicago, Illinois 60651 | | 359,212.56<br><br>(250,000.00 secured) |
| Banco Popular North America<br>9600 W. Bryn Mawr<br>Des Plaines, IL 60018 | Banco Popular North America<br>9600 W. Bryn Mawr<br>Des Plaines, IL 60018 | 1051 N. Monticello, Chicago, Illinois 60651 | | 120,000.00<br><br>(98,616.00 secured) |
| Charter One<br>P.O. Box 9665<br>Providence, RI 02940 | Charter One<br>P.O. Box 9665<br>Providence, RI 02940 | | | 5,376.73 |
| City of Chicago Water Billing<br>333 South State Street<br>Suite 330<br>Chicago, IL 60604 | City of Chicago Water Billing<br>333 South State Street<br>Suite 330<br>Chicago, IL 60604 | | | 885.41 |
| ComEd<br>P.O. Box 6111<br>Carol Stream, IL 60197 | ComEd<br>P.O. Box 6111<br>Carol Stream, IL 60197 | | | 174.31 |
| Nicor Gas<br>P.O. Box 5407<br>Carol Stream, IL 60197 | Nicor Gas<br>P.O. Box 5407<br>Carol Stream, IL 60197 | | | 216.46 |
| Pacific Global Bank<br>2323 S. Wentworth Ave<br>Chicago, IL 60618 | Pacific Global Bank<br>2323 S. Wentworth Ave<br>Chicago, IL 60618 | 1111-13 N. Leclaire, Chicago, Illinois 60651 | | 200,000.00<br>(250,000.00 secured)<br>(359,212.56 senior lien) |
| Pacific Global Bank<br>2323 S. Wentworth Ave<br>Chicago, IL 60616 | Pacific Global Bank<br>2323 S. Wentworth Ave<br>Chicago, IL 60616 | 4927 W. Crystal, Chicago, Illinois 60651 | Contingent | 101,621.32 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Carranza Management Co.**                              Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Pacific Global Bank** <br> **2323 S. Wentworth Ave** <br> **Chicago, IL 60618** | **Pacific Global Bank** <br> **2323 S. Wentworth Ave** <br> **Chicago, IL 60618** | **1232-34 S. 55th Court, Cicero, Illinois 60804** | | **100,000.00** <br> **(400,000.00 secured)** <br> **(561,982.70 senior lien)** |
| **Pacific Global Bank** <br> **2323 S. Wentworth Ave** <br> **Chicago, IL 60616** | **Pacific Global Bank** <br> **2323 S. Wentworth Ave** <br> **Chicago, IL 60616** | **1226 S. Kolin, Chicago, Illinois 60623** | | **200,000.00** <br><br> **(107,000.00 secured)** |
| **Pacific Global Bank** <br> **2323 S. Wentworth** <br> **Chicago, IL 60616** | **Pacific Global Bank** <br> **2323 S. Wentworth** <br> **Chicago, IL 60616** | **4231 W. Crystal, Chicago, Illinois 60651** | | **192,000.00** <br><br> **(180,000.00 secured)** |
| **Peoples Gas** <br> **P.O. Box 19100** <br> **Green Bay, WI 54307** | **Peoples Gas** <br> **P.O. Box 19100** <br> **Green Bay, WI 54307** | | | **149.75** |
| **Town of Cicero Water Department** <br> **1232 S 55th Court** <br> **Cicero, IL 60804** | **Town of Cicero Water Department** <br> **1232 S 55th Court** <br> **Cicero, IL 60804** | | | **495.97** |
| **Waste Management** <br> **700 E Butterfiedl Road 4th Floor** <br> **IL 60418** | **Waste Management** <br> **700 E Butterfiedl Road 4th Floor** <br> **IL 60418** | | | **327.98** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President/Owner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 7, 2013**                Signature  **/s/ Jose Carranza**
                                                     **Jose Carranza**
                                                     **President/Owner**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                18 U.S.C. §§ 152 and 3571.

11/07/13 4:49PM

B6A (Official Form 6A) (12/07)

In re **Carranza Management Co.**, Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---:|---:|
| 1232-34 S. 55th Court, Cicero, Illinois 60804 | Fee simple | - | 400,000.00 | 561,982.70 |
| 1111-13 N. Leclaire, Chicago, Illinois 60651 | Fee simple | - | 250,000.00 | 357,408.63 |
| 1051 N. Monticello, Chicago, Illinois 60651 | Fee simple | - | 98,616.00 | 113,943.59 |
| 5514 W. Huron Street, Chicago, Illinois 60644 | Fee simple | - | 118,000.00 | 99,992.26 |
| 1226 S. Kolin, Chicago, Illinois 60623 | Fee simple | - | 107,000.00 | 183,000.00 |
| 4231 W. Crystal, Chicago, Illinois 60651 | Fee simple | - | 180,000.00 | 174,000.00 |
| 4927 W. Crystal, Chicago, Illinois 60651 | Fee simple | - | 101,000.00 | 101,621.32 |

Sub-Total > **1,254,616.00** (Total of this page)

Total > **1,254,616.00**

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **Carranza Management Co.** , Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx4608** <br><br>**Banco Popular North America**<br>**9600 W Bryn Mawr**<br>**Des Plaines, IL 60018** | - | | 10/20/2005<br><br>**First Mortgage**<br><br>1111-13 N. Leclaire, Chicago, Illinois 60651<br><br>Value $ 250,000.00 | | | | 359,212.56 | 109,212.56 |
| Account No. **xxxxxxx4608** <br><br>**Banco Popular North America**<br>**9600 W. Bryn Mawr**<br>**Des Plaines, IL 60018** | - | | 04/20/2005<br><br>**First Mortgage**<br><br>1232-34 S. 55th Court, Cicero, Illinois 60804<br><br>Value $ 400,000.00 | | | | 561,982.70 | 161,982.70 |
| Account No. **xxxxxxx4608** <br><br>**Banco Popular North America**<br>**9600 W. Bryn Mawr**<br>**Des Plaines, IL 60018** | - | | 05/10/2006<br><br>**First Mortgage**<br><br>1051 N. Monticello, Chicago, Illinois 60651<br><br>Value $ 98,616.00 | | | | 120,000.00 | 21,384.00 |
| Account No. **xxx17-07** <br><br>**Pacific Global Bank**<br>**2323 S. Wentworth Ave**<br>**Chicago, IL 60618** | - | | 12/6/2007<br><br>**Second Mortgage**<br><br>1111-13 N. Leclaire, Chicago, Illinois 60651<br><br>Value $ 250,000.00 | | | | 200,000.00 | 200,000.00 |
| **_1_** continuation sheets attached | | | Subtotal (Total of this page) | | | | 1,241,195.26 | 492,579.26 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Carranza Management Co.**,
                    Debtor

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx65-06** Pacific Global Bank 2323 S. Wentworth Chicago, IL 60616 | - | | 10/06/2006 First Mortgage 4231 W. Crystal, Chicago, Illinois 60651 Value $ 180,000.00 | | | | 192,000.00 | 12,000.00 |
| Account No. **xxx17-07** Pacific Global Bank 2323 S. Wentworth Ave Chicago, IL 60616 | - | | 12/06/2007 First Mortgage 1226 S. Kolin, Chicago, Illinois 60623 Value $ 107,000.00 | | | | 200,000.00 | 93,000.00 |
| Account No. **xxx26-08** Pacific Global Bank 2323 S. Wentworth Ave Chicago, IL 60616 | - | | 8/25/2008 First Mortgage 5514 W. Huron Street, Chicago, Illinois 60644 Value $ 118,000.00 | | | | 100,000.00 | 0.00 |
| Account No. Pacific Global Bank 2323 S. Wentworth Ave Chicago, IL 60618 | - | | Second Mortgage 1232-34 S. 55th Court, Cicero, Illinois 60804 Value $ 400,000.00 | | | | 100,000.00 | 100,000.00 |
| Account No. | | | Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) **592,000.00**  **205,000.00**

Total (Report on Summary of Schedules) **1,833,195.26**  **697,579.26**

B6F (Official Form 6F) (12/07)

In re **Carranza Management Co.**, Case No. _____

　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

　　State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

　　If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐　Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x-xxxx-xxx8097**<br><br>**Allied Waste**<br>**2608 South Damen**<br>**Chicago, IL 60608** | | - | | | | | 163.00 |
| Account No. **xxxx-xxxx-xxxx-8475**<br><br>**Charter One**<br>**P.O. Box 9665**<br>**Providence, RI 02940** | | - | | | | | 5,376.73 |
| Account No. **xx6348**<br><br>**City of Chicago Water Billing**<br>**333 South State Street**<br>**Suite 330**<br>**Chicago, IL 60604** | | - | | | | | 885.41 |
| Account No. **xxxxxx5025**<br><br>**ComEd**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197** | | - | | | | | 174.31 |
| __1__ continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 6,599.45 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Carranza Management Co.**, Case No. _____
             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-xx7957** <br><br> **Nicor Gas** <br> **P.O. Box 5407** <br> **Carol Stream, IL 60197** | - | | | | | | 216.46 |
| Account No. **xxx50-08** <br><br> **Pacific Global Bank** <br> **2323 S. Wentworth Ave** <br> **Chicago, IL 60616** | - | | 12/19/2010 <br> 4927 W. Crystal, Chicago, Illinois 60651 | | X | | 101,621.32 |
| Account No. **xxxxxxxxx9529** <br><br> **Peoples Gas** <br> **P.O. Box 19100** <br> **Green Bay, WI 54307** | - | | | | | | 149.75 |
| Account No. **xxxx4962** <br><br> **Town of Cicero Water Department** <br> **1232 S 55th Court** <br> **Cicero, IL 60804** | - | | | | | | 495.97 |
| Account No. **xxx-xxxxxxx-x009-4** <br><br> **Waste Management** <br> **700 E Butterfiedl Road 4th Floor** <br> **IL 60418** | - | | | | | | 327.98 |

Sheet no. **1** of **1** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **102,811.48**

Total (Report on Summary of Schedules) **109,410.93**

```
Allied Waste
2608 South Damen
Chicago, IL 60608


Banco Popular North America
9600 W Bryn Mawr
Des Plaines, IL 60018


Banco Popular North America
9600 W. Bryn Mawr
Des Plaines, IL 60018


Banco Popular North America
9600 W. Bryn Mawr
Des Plaines, IL 60018


Charter One
P.O. Box 9665
Providence, RI 02940


City of Chicago Water Billing
333 South State Street
Suite 330
Chicago, IL 60604


ComEd
P.O. Box 6111
Carol Stream, IL 60197


Nicor Gas
P.O. Box 5407
Carol Stream, IL 60197


Pacific Global Bank
2323 S. Wentworth Ave
Chicago, IL 60616


Pacific Global Bank
2323 S. Wentworth Ave
Chicago, IL 60618


Pacific Global Bank
2323 S. Wentworth
Chicago, IL 60616
```

```
Pacific Global Bank
2323 S. Wentworth Ave
Chicago, IL 60616


Pacific Global Bank
2323 S. Wentworth Ave
Chicago, IL 60616


Pacific Global Bank
2323 S. Wentworth Ave
Chicago, IL 60618


Peoples Gas
P.O. Box 19100
Green Bay, WI 54307


Town of Cicero Water Department
1232 S 55th Court
Cicero, IL 60804


Waste Management
700 E Butterfiedl Road 4th Floor
IL 60418
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Carranza Management Co.**        Case No.           
Debtor(s)        Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Carranza Management Co.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **November 7, 2013** | **/s/ Fernando R. Carranza** |
| Date | **Fernando R. Carranza** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Carranza Management Co.** |
| | **Fernando R. Carranza & Associates, Ltd.** |
| | **5814 W. Cermak Rd.** |
| | **Cicero, IL 60804** |
| | **708-416-0034 Fax:708-416-0043** |
| | **fcarranza@frclaw.us** |